UNITED STATES DISTRICT COURT
MIDDLE DISTRICT – OCALA – DIVISION

ALLEN L. DORSEY, SR.,
Petitioner,

5:20-CV-622OC38PRL

v.

CASE NO.: _____
SS CASE NO.: BNC # 18D1571G58487
SSN NO.: _____

SOCIAL SECURITY ADMINISTRATION,
REGIONAL OFFICE,
Respondent.
_____/

## PETITION FOR RELEASE OF BENEFITS

COMES NOW, Petitioner Allen L. Dorsey, Sr. *pro se* and moves the Social Security Administration, Regional Office, (Lake County) to release the Petitioner's past due benefits for the period of May 2009 through February 2010 in the amount of $15,882.00 and his monthly benefits from March 2010 until the present date, as well as any future monthly benefits. The Petitioner, will submit the following reasons in support of his request:

1. The Social Security Administration – Regional Office of Lake County, sent the Petitioner a notice of award letter, dated June 25, 2010, in the monthly amount of $1,588.30.

2. The Respondent, sent another letter in response to my inquiry, dated July 19, 2018, stating I was due $15,882.00 for the period of may 2009 through February 2010. See Exhibit "A"

3. The Respondent, further stated in their July 19, 2018 letter that pursuant to CFR confined in a State Correctional Facility at tax payers expense

SCANNED
DEC 28 2020
BY: _____

4. The Petitioner, will aver that the withholding of the benefits is contrary to the law under 42 U.S.C.S § 402 (x) and the federal courts ruling in Sulie v. Bowen, 653 F. Supp. 849, (February 17, 1987) where they stated the withholding is authorized because the Petitioners subsistence needs were being met by the imprisoning jurisdiction, at taxpayers expense. However, in the instant case at bar, the Petitioner, was court ordered to pay his own cost of incarceration, at a rate of $50 per day which equates to an average of the $1,500.00 per month. See Exhibit "B".

5. The Petitioner, is also required to pay an additional $5.00 per visit to the medical and dental department for each visit. He is further required to purchase personal hygiene not issued by the Fla. Dept. of Corrections, ie, shampoo, deodorant, vitamins, batteries, nail clippers and other items not given by the Department. The Fla. Dept. of Corrections, Vendor, Trinity Group Inc. charges are at an exorbitant rate of other retail stores and convenience store rates, ie Walmart, Dollar General, etc.

6. Therefore, based upon the above arguments, the Petitioner will allege that the withholding of his benefits is punitive and crates a situation of cruel and unusual punishment. If these benefits are not released and paid on a monthly basis, it would create and insurmountable dept to the State that the Petitioner will never be able to repay, and deny him of his constitutional right to vote, until the debt is paid. Please send payments to my Inmate Trust Account @ Inmate Banking, Dept. of Corrections; P.O. Box 12100, Center Station; Tallahassee, Florida 32317 in c/o Allen L. Dorsey, Sr., DC# 566306.

WHEREFORE, the Petitioner will humbly request the Social Security Administration – Regional Office to release the past due benefits, as well as monthly benefits from March 2010 through the present date and every month thereafter so the Petitioner can erase this enormous debt and burden placed upon him by the courts, and allow him to purchase the basic necessities of a dignified and decent life.

Humbly Submitted,

/s/ *(signature)*

Allen Louis Dorsey, Sr., *pro se*
DC# 566306

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Petition has been placed in the hands of prison officials to send via U.S. Mail, First – Class, per – paid to the following: Social Security Administration—Regional Office, @ 900 North 14th Street; Leesburg, Fla. 34748. and U.S. District Court @ Middle District of Florida; Orlando Division; 401 W. Central Blvd., Suite 1200; Orlando, FL 32801 on this 12th day of November 2020.

Sincerely,

/s/ *(signature)*

Allen L. Dorsey, Sr., *pro se*
DC# 566306
Central Florida Reception Center
7000 H.C. Kelley Road
Orlando, Florida 32831

# Exhibits

1. Social Security Administration Correspondence(s) – Page 4 s

2. Judgment and sentence – charges & Costs & Fees – Page 3

3. sentencing transcripts – dated January 14, 2010 – Pages 33 & 34

4. clerk of court – progress of case docket – Page 4

5. Notice of change of address

# Social Security Administration
## Retirement, Survivors and Disability Insurance

SOCIAL SECURITY
SUITE 100
900 N 14TH STREET
LEESBURG, FL 34748-3817
Date: July 19, 2018
BNC#: 18D1571G58487
BAM

ALLEN L DORSEY SR
PO BOX 158
MARION CORRECTIONAL
DC 566306
LOWELL, FL 32663-0158

Dear ALLEN L DORSEY SR

This notice is in response to your letter dated 06/27/2018.

In your letter you asked about the status of your disability benefits. Query of SSA records found that you filed an application for SSA Disability on October 9, 2007. The claim was denied at the initial level on March 28, 2008, you filed a reconsideration which DDS medically denied on June 16, 2008. On May 3, 2010, an Administrative Law Judge issued a favorable decision with a disability onset date of November 19, 2008. Disability benefits begin after a full 5 month waiting period resulting in your entitlement to SSA Disability beginning May 2009.

You are due benefits for the period May 2009 through February 2010 in the amount of $15,882.00.

CFR 404.468 states that no monthly benefits or past due benefits will be paid to an individual confined to a correctional facility for conviction of a felony.

Once you are released, you should immediately visit your local Social Security Field Office and bring a copy of your discharge documents and an updated address. After your release, the past due benefits will be released.

If you have any questions, you should call, write, or visit any Social Security office. If you visit an office, please bring this letter. It will help us answer your questions.

*Social Security Administration*



"A"

**Allen Louis Dorsey, Sr.**
**DC# 566306**
**Dade Correctional Institution**
**19000 S.W. 377th Street**
**Florida City, Florida 33034**

Social Security Administration
Regional Office
118 E. Main Street
Leesburg, Florida  34748

Claim No.: 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 HA

Date: 26 December 2016

**RE:  Disability Benefits Payment**

Dear Administrator:

I am humbly inquiring into the status of my Disability Benefits, pursuant to your Notice of Award Letter, dated June 25, 2010.  My Application was approved effective May 2009, based on your ruling of disability status as of November 19, 2008.

However, I have not received the portion of my Disability Benefits for the time period May 2009 – December 2009, when I was not incarcerated.  I went to trial on the 15th of December 2009 and was found guilty and incarcerated after the verdict; however, prior to my guilty verdict and incarceration, I am entitled to those months that I was not incarcerated, May 2009 – December 14, 2009.  Based upon your awarded benefit of $1,588.30 per month, I am due $11,118.10 for months May – November 2009, and $764.15 for the month of December 2009, for a total of $11,882.25 that I am entitled to and the rest held in abeyance until my release from prison.

Please send my benefits to the:  Inmate Banking, Dept. Of Corrections; P.O. Box 12100, Center Station; Tallahassee, Florida 32317 in c/o my name and D.C. Number.

Dated: 26 December 2016

Humbly Submitted,

*Allen Louis Dorsey, Sr.* (signature)

Allen Louis Dorsey, Sr.

PROVIDED TO MARION C.I. ON
7-31-18 FOR MAILING.

Allen Louis Dorsey, Sr.
DC# 566306
Marion Correctional Institution
P.O. Box 158
Lowell, Florida 32663-0158

Social Security Administration
900 N. 14th Street; Suite 100
Leesburg, Florida 34748-3817

Claim No.: 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 HA
Date: 26 July 2018

RE: Award Letter
Subject: Request For An Updated Awarded Letter

Dear Administrator:

   I humbly request an updated and current copy of my Social Security Disability monthly Award letter.
   I would also like to thank you for your prompt reply to my inquiry in your letter dated July 19, 2018.

Humbly Requested,
/s/ [signature]
Allen Louis Dorsey, Sr.

PROVIDED TO MARION C.I. ON

<u>6-27-18</u> FOR MAILING.

Allen Louis Dorsey, Sr.
DC# 566306
Marion Correctional Institution
P.O. Box 158
Lowell, Florida 32663-0158

Social Security Administration
Regional Office
900 N. 14th Street
Suite 100
Leesburg, Florida 34749-1000

Claim No.: <u>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 HA</u>

Date: <u>June 2018</u>

RE: Disability Benefits Payment
Subject: Change of Address / Notice of Inquiry

Dear Administrator:

This letter serves as my Notice of Inquiry, as to the status of my Disability Benefit Payments prior to my incarceration and to serve as an Notice of Address Change.

Please note my previous Notice of Inquiry that was filed over 18 months ago with no response.

Thank you in advance for your prompt response to my inquiry. Please send me a current award letter.

Humbly Submitted,

Allen Louis Dorsey, Sr.
DC# 566306

State of Florida  
v.  

ALLEN LOUIS DORSEY  
Defendant  

In the Circuit Court, __5th__ Judicial Circuit,  
in and for __SUMTER__ County, Florida  
Division __Circuit Criminal__  
Case Number: __2009 CF 481__  

## CHARGES/COSTS/FEES

The defendant is hereby ordered to pay the following sums if checked:

- __X__ $75.00 pursuant to section 960.20, Florida Statutes (Crimes Compensation Trust).
- __X__ $3.00 as a court cost pursuant to section 943.25 (3), Florida Statutes (Criminal Justice Trust Fund).
- __X__ $2.00 as a court cost pursuant to section 943.25 (13), Florida Statutes (Criminal Justice Education b Municipalities and Counties)
- ____ A fine in the sum of $____ pursuant to section 775.0835, Florida Statutes. (This provision refers to th optional fine for the Crimes Compensation Trust fund and is not applicable unless checked and completed Fines imposed as a part of a sentence to section 775.083, Florida Statutes are to be recorded on th sentence page(s).
- ____ $20.00 pursuant to section 939.015, Florida Statutes (Handicapped and elderly security Assistance Tru Fund).
- ____ A 10% surcharge in the sum of $____ pursuant to section 775.0836, Florida Statues (Handicapped an elderly security Assistance Trust Fund).
- __X__ A sum of $__200.00__ pursuant to section 27.3455, Florida Statutes (Local Government Criminal Justice Tru Fund).
- __X__ A sum of $__100.00__ pursuant to section 939.01, Florida Statutes (Prosecution/Investigative Costs).
- ____ A sum of $__ pursuant to section 27.56, Florida Statues (Public Defender Fees).
- ____ Restitution in accordance with attached order.
- __X__ Other: __$20.00 CRIMESTOPPERS TRUST FUND, $50.00 CRIME PREVENTION, $65.00 ADDITIONAL COST (BOCC), $3.00 TEEN COURT FEE, $100.00 FDLE TRUST FUND, $50.00 PER DAY COST O INCARCERATION LIEN, ALL MONETARIES TO BE MADE A LIEN OF RECORD__

DONE AND ORDERED in open court in __BUSHNELL, SUMTER__ County, Florida, this __14TH__ day of __JANUARY__ 2010.

_____  
Judge

Page __3__ of __7__.

SUMTER COUNTY, FLORIDA  
GLORIA HAYWARD, CLERK OF CIRCUIT COURT  
01/29/2010 01:42:34PM  
JUDGMENT  
PAGE 3 0  
B-2156 P-  
2010 2378


"B"

```
 1                              IN THE CIRCUIT COURT OF THE
                                FIFTH JUDICIAL CIRCUIT, IN
 2                              AND FOR SUMTER COUNTY,
                                FLORIDA.
 3                              CASE NO. 2009-CF-481

 4      STATE OF FLORIDA,

 5      -VS-

 6      ALLEN LEWIS DORSEY,

 7            Defendant.
        ----------------------------------------------
 8
        PROCEEDINGS
 9      BEFORE:          HONORABLE WILLIAM H. HALLMAN, III.
                         CIRCUIT JUDGE
10
        DATE:            January 14, 2010
11
        PLACE:           Sumter County Courthouse
12                       Circuit Courtroom A
                         Bushnell, Florida
13
        APPEARANCES:     JACK MARO, ESQ.
14                       P. O. BOX 3868
                         Ocala, Florida 34478
15
                         WILLIAM GULA, ESQ.
16                       Assistant State Attorney
                         323 Lawrence Street
17                       Bushnell, Florida 33513

18
        COURT REPORTER:  Jonalyn Berry
19      (NOT PRESENT)

20

21

22

23

24

25
```

33

1   While I greatly hate the situation I find myself in,
2   I hate to see families destroyed. Drugs are
3   destroying families in Sumter County. It's horrible
4   what is happening and people have got to stop and
5   realize that sentencing has changed for drugs.
6       Accordingly, on Count One, the jury having
7   found you guilty, I also find you guilty and to keep
8   within that, I would sentence you to, that is the
9   possession charge, that is a third degree, isn't it?
10      MR. GULA: Yes, your Honor.
11      THE COURT: Sentence you to five years in the
12  Department of Corrections. Credit for all time
13  served. Be a five hundred dollar fine, plus costs as
14  assessed by the Clerk's office made a lien of record.
15  A hundred dollars cost of prosecution, made a lien
16  of record. And fifty dollars a day costs of
17  incarceration be made a lien of record. And, let's
18  see, two year driver's license suspension, effective
19  as of today. And DNA sample for the FDLE DNA data
20  bank.
21      Count Two. The sale charge. I will adjudicate
22  you guilty, sentence you to fifteen years, Department
23  of Corrections, to run concurrent with Count One,
24  concurrent with any other sentence you may be serving
25  and there will be a five hundred dollar fine, plus

34

1   costs assessed by the Clerk's office made a lien of
2   record. Fifty dollars a day, cost of incarceration,
3   run concurrently, be a lien of record. The two year
4   driver's license suspension will be affective as of
5   today and run concurrent. We've already got the DNA
6   sample for the FDLE DNA data bank.
7       That will be the sentence and order of Court.
8   You have thirty days in which to appeal. If you
9   don't, you give up the right to appeal. Good luck to
10  you, sir.
11      MR. GULA: Your Honor, what would you like to
12  do with Case 482?
13      THE COURT: You need to set that for trial, or
14  Mr. Maro, how do you want to proceed on the other
15  case?
16      MR. MARO: Judge, we're going to have some
17  problems with that case. Just carry over to the next
18  status on the 16th.
19      THE COURT: The 16th you're coming back anyhow
20  on the 16th?
21      MR. MARO: February 16th-
22      THE COURT: -all right.
23      MR. MARO: And all our problems, we can address
24  at that particular time.
25      THE COURT: Okay. Speedy trial has already

HONORABLE GLORIA R. HAYWARD, Clerk Of Court - SUMTER
rhlsor00    Report started 07/12/2010 16:18:09    Page:    4
                       Defendant Case History Detail

```
01/14/2010   DECEMBER 14, 2009
01/14/2010   CORRESPONDENCE TO THE CLERK
01/14/2010   SECOND SUPPLEMENTAL NOTICE OF INTENT TO RELY AT THE
01/14/2010   TIME OF SENTENCING
01/14/2010   CORRESPONDENCE TO THE CLERK
01/14/2010   MOTION FOR MISTRIAL
01/14/2010   NOTICE OF HEARING
01/14/2010    SENTENCING PLEA ENTERED
01/14/2010    MOTION HEARING PLEA ENTERED
01/14/2010   COURTS SENTENCING ORDER FILED
01/14/2010   DEFENDANT SENTENCED AS FOLLOWS - CNT 1:
01/14/2010   MIN CONF-PRISON FOR 5 YRS - CNT 1
01/14/2010   MAX CONF-PRISON FOR 5 YRS - CNT 1
01/14/2010   ASSESSED       $1,043.00 DUE - CNT 1
01/14/2010   DL REVOCATION FOR 2 YRS - CNT 1
01/14/2010   CREDIT FOR TIME SRV - CNT 1
01/14/2010   DEFENDANT SENTENCED AS FOLLOWS - CNT 2:
01/14/2010   MIN CONF-PRISON FOR 15 YRS - CNT 2
01/14/2010   MAX CONF-PRISON FOR 15 YRS - CNT 2
01/14/2010   ASSESSED       $545.00 DUE - CNT 2
01/14/2010   DL REVOCATION FOR 2 YRS - CNT 2
01/14/2010   CREDIT FOR TIME SRV - CNT 2
01/14/2010   COST OF PROSECUTION $100.00
01/14/2010   $50.00 PER DAY COST OF INCARCERATION
01/14/2010   ALL MONETARIES TO BE MADE A LIEN OF RECORD
01/14/2010   SUBMIT DNA SAMPLE FOR FDLE DATA BANK
01/14/2010   MOTION FOR MISTRIAL DENIED
01/14/2010   NOTICE OF INTENT TO RELY AT THE THE TIME OF
01/14/2010   SENTENCING WITH ATTACHED LETTER
01/14/2010   JUDGMENT AND SENTENCE
01/14/2010   UNIFORM COMMITMENT TO CUSTODY OF D.O.C.
01/14/2010   CASE CLOSED
01/14/2010   ASSESSED FELONY FINE & FORFEITURE 545.00 DUE
01/14/2010   ASSESSED FELONY FINE & FORFEITURE 545.00 DUE
01/14/2010   ASSESSED FELONY STANDARD CT COSTS 398.00 DUE
01/14/2010   ASSESSED FDLE TRUST FUND DRUG OFF 100.00 DUE
01/14/2010   ASSESSED COSTS OF PROSECUTION 100.00 DUE
01/14/2010   AMENDED JUDGMENT AND SENTENCE
01/14/2010   AMENDED JUDGMENT AND SENTENCE
01/15/2010   SHERIFF'S CERTIFICATE
01/26/2010   CORRESPONDENCE TO THE CLERK
01/26/2010   MOTION FOR RESENTENCING
02/01/2010   ORDER ON MOTION FOR RESENTENCING
02/02/2010   SURETY BOND PC30815846 Bond Discharged 25000.00
02/03/2010   CLERKS CERTIFICATE
02/04/2010   SCORESHEET
02/05/2010   NOTICE OF APPEAL
02/05/2010   MOTION TO BE DECLARED INDIGENT AND FOR APPOINTMENT
02/05/2010   OF THE PUBLIC DEFENDER
02/05/2010   APPEAL DATE SET TO 02/05/2010
02/10/2010   CORRESPONDENCE TO DEFENDANT AFFIDAVIT OF INSOLVENCY
02/10/2010   CORRESPONDENCE TO CLERK 5 DCA NOTICE OF APPEAL MAILED
02/10/2010   MOTION HEARING SET FOR 02/16/2010 AT 09:00 IN MAIN/A1,
02/10/2010   JDG: WILLIAM H HALLMAN
02/11/2010   CERTIFIED MAIL RECEIPT RETURNED 2816 2823
02/12/2010   NOTICE OF HEARING FOR 2/16/2010 AT 9:00 AM
02/12/2010   ORDER TO TRANSPORT INMATE
02/12/2010   ORDER OF INSOLVENCY FOR PURPOSES OF APPEAL
02/15/2010   CORRESPONDENCE FROM DEFENDANT
02/16/2010   DOMESTIC RECEIPT RETURNED 2816 2823
```

Social Security Administration
Regional Office

Allen L. Dorsey, Sr. - 262 31 1925
DC# 566306
Central Florida Reception Center
7000 H.C. Kelley Road
Orlando, Florida 32831

Social Security Administration
Regional Office
900 N. 14th Street; Suite 100
Leesburg, Florida 34748

RE: Dorsey, Allen L. Sr., 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
SUBJECT: Change of Address Notice / Updated Award Letter.

Dear Administrator:

Please update your files to reflect my change of address from Marion Correctional Institution, P.O. Box 158; Lowell, FL 32663 To: Central Florida Reception Center @ 7000 H.C. Kelley Road, Orlando, Florida 32831, effective immediately.

Please send me an updated and current monthly award letter.

Humbly Submitted,
/s/ [signature]
Allen L. Dorsey, Sr.
DC# 566306

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALLEN L. DORSEY, SR.,

    Plaintiff,

v.   Case No. 5:20-cv-465-Oc-60PRL

SOCIAL SECURITY ADMINISTRATION,
REGIONAL OFFICE,

    Defendant.

## ORDER

On October 22, 2020, the Court dismissed this case without prejudice based on Plaintiff's status as a three-strikes litigant. See Order of Dismissal Without Prejudice (Doc. 14). Plaintiff now requests that the Court "recall" its Order and provide him with time to pay the $400 filing fee. See Motion for Recall and to Stay Case (Doc. 16).

Upon review of the file, the Court will deny Plaintiff's request. See Daker v. United States, 787 F. App'x 678, 682 (11th Cir. 2019) ("[T]he proper procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed in forma pauperis pursuant to the three strikes provision of § 1915(g)." (quoting Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002))). However, as a one-time courtesy, the Court will direct the Clerk to provide Plaintiff with a copy of his "Petition for Release of Benefits" (Doc. 1), along with a copy of this


"C"

Order. As noted in the Order of Dismissal, Plaintiff may file a new case and pay the $400 filing fee. If Plaintiff cannot submit the $400 filing fee at the time he initiates a new case, he may ask that the Court grant him time to do so. The undersigned makes no finding as to whether such a request will be granted.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion for Recall and to Stay Case (Doc. 16) is **DENIED**.

2. The **Clerk** shall send Plaintiff a copy of the petition (Doc. 1), along with a copy of this Order.

**DONE AND ORDERED** in Tampa, Florida, this 3rd day of November, 2020.

*[signature]*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

JAX-3 11/3
c:
Allen L. Dorsey, Sr., #566306

📄 **IBSS043**         **Trust Fund Account Transaction**         12/21/20 10:25:03 AM

## Account

**Account Type:** INMATE TRUST FUND
**Account ID:** 566306
**Account Name:** DORSEY, ALLEN L.

## Account Transaction

**Date:** 12/04/2020
**Type:** INDIVIDUAL CHECK
**Status:** PROCESSED
**As of Date:** 12/06/2020

**Trust Fund Location:** CENTRAL OFFICE
**Batch Date:** 12/04/2020
**Batch Number:** 0119
**Line Item:** 014

**Reference Number:** 0704312
**Payee/Remitter:** CLERK, US DISTRICT COURT

**Payee Address:**
MIDDLE DISTRICT - OCALA DIV
207 NW SECOND ST, ROOM 337
OCALA           FL 34475-

**Amount:** $400.00
**Receipt Number:**
**Inmate Receipt Number:**

**Comments:** LEGAL * COURT FILING FEE    ATTN: MS CARTER (CFRC MAIL ROOM)

[Prior Page]

## Related Lien Information

**Lien Date:**
**Lien Type:**
**Lien Reference:**

## Account Processing

**Inmate Deposit Correction:** [Correct Deposit]
**Inmate Withdrawal Correction:** [Correct Withdrawal]
**Transaction Correction:** [Create Offset]

**Account ID:** [ ] [Confirm]
**Account Name:** [▼] [Search]

---

*Handwritten note:*

ATTN: Clerk of Court

The Inmate Banking sent your office my Filing Fee without the Petition in error. See attached: Trust Fund Transaction. Check was sent to your office on 12/6/20

Exhibit "C"

---

http://aco18/ib/ibss043.asp?Action=Retrieve&42AI=566...                   12/21/2020

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: 58
Institution: CFRC-E

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other Ms. Frazier |
|---|---|---|---|---|

| FROM: | Inmate Name: Dorsey, Allen L. Sr. | DC Number: 566306 | Quarters: E1-146S | Job Assignment: Law Clerk | Date: 12-17-20 |

**REQUEST** ✱ CHECK REQUEST ✱    Check here if this is an informal grievance ☐

Ms. Frazier/Carter

I am awaiting the check request (check) for the $400.00 court cost filing fee submitted on 11-19-20 and to have the check sent to Ms. Carter at the mailroom. See attached check request. I have the envelope the check needs to go in, along with my motion. Please send the check with Ms. Perez when she delivers legal mail, so I can bring the envelope and motion to legal mail. This is time sensitive. Thank you in advance for your time, efforts and understanding.

Sincerely,
Allen L. Dorsey Sr.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signature]    DC#: 566306

---
**DO NOT WRITE BELOW THIS LINE**
---

**RESPONSE**    DATE RECEIVED: _____

This was sent to the address attached from Central Office.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): C. Frazier    Official (Signature): [signature]    Date: 12/21/20

* Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# DEPARTMENT OF CORRECTIONS
# INMATE TRUST FUND
# SPECIAL WITHDRAWAL

TO: **Ms. Carter**
OFFICER IN CHARGE

FACILITY: **CFRC**

FROM: **Dorsey, Allen L. Sr.**
INMATE NAME

INMATE NUMBER: **566306**

DORM NUMBER: **E1**

BUNK NUMBER: **146 S**

PLEASE ACCEPT THIS MEMO AS MY REQUEST TO WITHDRAW $ **400.00** FROM MY INMATE TRUST FUND ACCOUNT FOR THE PURPOSE OF: **Court Filing Fee**

PLEASE MAKE THE TRUST FUND CHECK PAYABLE TO: **Office of Clerk - Middle District Court - Ocala Division**

PLEASE MAIL THE CHECK TO: **Attn: Ms. Carter (CFRC Mail Room)**

DATE REQUESTED: **11-19-20**   REQUESTED BY: *[signature]*
INMATE'S SIGNATURE

RECEIVED BY: _____
OFFICER                                DATE

APPROVED [ ]
DISAPPROVED [ ]
_____
OFFICER IN CHARGE                      DATE

TRUST FUND CHECK NUMBER ISSUED _____   DATE ISSUED _____

*[signature]*
11-19-2020

DC2-304 (Revised 9/2/08)   Incorporated by Reference in Rule 33-203.201, F.A.C.

Allen L. Dorsey, Sr.
DC# 566306 / E1-146S
Central Florida Reception Center
7000 H.C. Kelley Road
Orlando, Florida 32831


Mailed From A Correctonal Facility
U.S. POSTAGE PITNEY BOWES
ZIP 32831 $002.00
02 4W
0000357810 DEC 23 2020

SCREENED BY USMS

Office Of The Clerk
United States District Court
Middle District of Florida
Ocala Division
207 NW Second Street
Room 337
Ocala, Florida 34475-6666